```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

VEOXO CORP., etc.,                    )
                                      )
                    Plaintiff,        )
                                      )
     v.                               )    No.  07 C 3229
                                      )
AFFINITY INTERNET, INC.,              )
                                      )
                    Defendant.        )
```

## MEMORANDUM ORDER

Affinity Internet, Inc. ("Affinity") has filed its Answer, Affirmative Defenses and Counterclaim to the Amended Complaint filed against it by Veoxo Corp. ("Veoxo"). This memorandum order is limited to the subject matter jurisdictional question that has been posed by Affinity's assertions in Answer ¶3--a subject that this Court must perforce address (even sua sponte) at the outset (see, e.g., Cook v. Winfrey, 141 F.3d 322, 325 (7th Cir. 1998) and Wernsing v. Thompson, 423 F.3d 732, 743 (7th Cir. 2005)).

In light of Affinity's assertions in Answer ¶3, an evidentiary hearing must be held to determine whether the "nerve center" of Affinity's operation at the time suit was brought was located in Illinois, so that it was an Illinois citizen under 28 U.S.C. §1332(c)(1)--in which event the required diversity of citizenship would be destroyed. Accordingly this action is set for a status hearing at 9 a.m. September 14, 2007 to discuss setting the necessary evidentiary hearing.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date:  September 11, 2007